# APPENDIX B

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 1 | May 21, 2018 @ 7:53-8:12 AM ET | X<br><br>Link to Post 1[1] | **Donald J. Trump** ✔ @realDonaldTrump    X.com<br><br>"John Brennan is panicking. He has disgraced himself, he has disgraced the Country, he has disgraced the entire Intelligence Community. He is the one man who is largely responsible for the destruction of American's faith in the Intelligence Community and in some people at the….<br><br>7:53 AM · 5/21/18<br><br>15K   18K   65K   32 |

[REST OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] To preserve these materials, we have provided the Court with Perma.cc links. On each Perma.cc webpage, there is the option to view the "live page."

1

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 2 | | X<br><br>Link to Post 2 | ← Post ⋯<br><br>**Donald J. Trump** ✔    𝕏.com<br>@realDonaldTrump<br><br>**....top of the FBI. Brennan started this entire debacle about President Trump. We now know that Brennan had detailed knowledge of the (phony) Dossier...he knows about the Dossier, he denies knowledge of the Dossier, he briefs the Gang of 8 on the Hill about the Dossier, which....**<br><br>8:01 AM · 5/21/18<br><br>💬 7.2K   ⟲ 10K   ♡ 42K   🔖 12   ↥ |
| 3 | | X<br><br>Link to Post 3 | ← Post ⋯<br><br>**Donald J. Trump** ✔    𝕏.com<br>@realDonaldTrump<br><br>**...they then used to start an investigation about Trump. It is that simple. This guy is the genesis of this whole Debacle. This was a Political hit job, this was not an Intelligence Investigation. Brennan has disgraced himself, he's worried about staying out of Jail." Dan Bongino**<br><br>8:12 AM · 5/21/18<br><br>💬 12K   ⟲ 12K   ♡ 48K   🔖 21   ↥ |

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| | June 2, 2018 @ 8:06 AM ET | X<br><br>Link to Post | ←      **Post**      •••<br><br>**Donald J. Trump** ✔    𝕏.com<br>**@realDonaldTrump**<br><br>**"John Brennan, no single figure in American history has done more to discredit the intelligence community than this liar. Not only is he a liar, he's a liar about being a liar." Dan Bongino on @foxandfriends**<br><br>8:06 AM · 6/2/18<br><br>💬 13K    ⟲ 13K    ♡ 50K    🔖 18    ↑ |
| 4 | July 17, 2018 | Interview: Tucker Carlson Interviews Donald Trump in Helsinki<br><br>Transcript<br><br>Video Link | CARLSON: "The reaction to your press conference in Washington was swift and intense. Former CIA Director John **Brennan** described it as 'treasonous' and a potentially impeachable offense. Why the push toward conflict with Russia in Washington on both sides?"<br><br>TRUMP: "Well, I think **Brennan** is a very bad guy. And if you look at it, a lot of things happened under his watch. I think he is a very bad person." |

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 5 | July 18, 2018 | Interview: CBS News' Jeff Glor Interviews Donald Trump in Washington<br><br>Transcript | GLOR: "Do you think any intelligence agencies, U.S. intelligence agencies, are out to get you?"<br><br>TRUMP: "Well, certainly in the past, it's been terrible. You look at **Brennan**, you look at Clapper, you look at Hayden, you look at Comey, you look at McCabe, you look at Strzok and his lover, Lisa Page. You look at other people in the F.B.I. that have been fired, are no longer there. Certainly I can't have any confidence in the past. But I can have a lot of confidence in the present and the future, because it's getting to be now where we're putting our people in. But in the past, no, I have no confidence in a guy like **Brennan**. I think he's a total low-life." |

[REST OF PAGE INTENTIONALLY LEFT BLANK]

4

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 6 | August 16, 2018 @ 9:49 PM ET | X<br><br>Link to Post | ← **Post** ⋯<br><br>**Donald J. Trump** ✔    𝕏.com<br>**@realDonaldTrump**<br><br>**"....An incredibly corrupt FBI & DOJ trying to steer the outcome of a Presidential Election. Brennan has gone off the deep end, he's disgraced and discredited himself. His conduct has been outrageous." Chris Farrell, Judicial Watch.**<br><br>**9:49 PM · 8/16/18**<br><br>💬 **10K**    🔁 **11K**    ♡ **47K**    🔖 **12**    ⬆ |

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 7 | August 18, 2018 @ 9:12 AM ET | X<br><br>Link to Post | ← **Post** •••<br><br>**Donald J. Trump** ✓  X.com<br>**@realDonaldTrump**<br><br>**Has anyone looked at the mistakes that John Brennan made while serving as CIA Director? He will go down as easily the WORST in history & since getting out, he has become nothing less than a loudmouth, partisan, political hack who cannot be trusted with the secrets to our country!**<br><br>9:12 AM · 8/18/18<br><br>💬 30K  ↻ 18K  ♡ 66K  🔖 39  ↑ |

6

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 8 | August 20, 2018 @ 10:13 AM ET | X<br><br>Link to Post | ← **Post** •••<br><br>**Donald J. Trump** ✓    **𝕏.com**<br>**@realDonaldTrump**<br><br>**I hope John Brennan, the worst CIA Director in our country's history, brings a lawsuit. It will then be very easy to get all of his records, texts, emails and documents to show not only the poor job he did, but how he was involved with the Mueller Rigged Witch Hunt. He won't sue!**<br><br>10:13 AM · 8/20/18<br><br>💬 18K    🔁 17K    ♡ 65K    🔖 38    ⬆ |

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 9 | March 27, 2019 | Interview: Sean Hannity Interviews Donald Trump Via Telephone <br><br> Transcript | HANNITY: "But in that particular case of **Brennan** and Clapper, and **Brennan** in particular, multiple times accused you of treason." <br><br> TRUMP: "Yes." <br><br> HANNITY: "Your reaction?" <br><br> TRUMP: "Well, I think **Brennan** is a sick person. I think there's something wrong for him. And I watch -- for him to come out of the CIA and act that way was so disrespectful to the country and to the CIA and to the position he held. And he was not considered good at what he did. He was never respected guy. Tough guy but not a respected guy. But he lied to Congress. And the other night before the report came out, he predicted horrible things. Things he said were horrible. Then today, I guess he said something -- I didn't see it but I heard he said, well, I must have bad sources or bad information. I mean, this is a man who really is either sick or there is some other problem. But the way he spoke -- and as you know, Clapper lied, and perhaps the statute of limitations ran out on that one but it didn't run out on Comey, it didn't run out on **Brennan** or Strzok or Page or McCabe." |
| 10 | March 27, 2019 | Interview: Sean Hannity Interviews Donald Trump Via Telephone <br><br> Transcript | HANNITY: "How do you feel about Mueller today and were you surprised at all, considering the team that he picked in this particular case? It seemed pretty partisan Democrat." <br><br> . . . <br><br> TRUMP: "I know one thing, I was the most innocent human being – and they all said it, even Comey said he found no wrongdoing – and one of the few times he didn't like him because he lied in front of Congress. **Brennan** lied. Many of these people lied to Congress and nothing happened. And yet with Flynn, where they didn't even know if he lied based on what the reports are, and others, look what happened to them on the other side. But these people with so many lies, and lies before Congress, which is just about the ultimate, sworn testimony where Comey told so much, and he leaked classified information. Well, if somebody in our team leaked classified information, it would be years in jail." |

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 11 | July 25, 2019 | Interview: Sean Hannity Interviews Donald Trump Via Telephone<br><br>Transcript | HANNITY: "But McCabe, Strzok, Page, **Brennan**, Clapper, may be sourcing out what would be illegal intelligence gathering. And we know the attorney general is there. Is there any of these names -- what you think of these people? Because James Comey signed the first FISA application in October 2016, went to Trump Tower in January 2017, and told you it was unverified, months earlier, he swore on that application, the FISA application that it's verified, so he lied. What are your thoughts about these people today?"<br><br>TRUMP: "Well, Comey is a liar and a leaker and that's obvious. All you have to do is just follow him along and see what he said to Congress. Clapper and **Brennan** and all of these people, McCabe, these are bad people. My opinion, they are very bad people. They've been very bad for the country. They were -- I used to think incompetent but they are really I guess competent at other things and maybe bad things, but we'll see what happens. I mean, I guess a lot of things are coming out and is going to be very interesting and it will be great to clean up a real big mess because again, it can never happen. This can never be allowed to happen again, Sean." |

[REST OF PAGE INTENTIONALLY LEFT BLANK]

9

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 12 | August 31, 2019 @ 3:06 PM ET | X<br><br>Link to Post | ← **Post** ⋯<br><br>**Donald J. Trump** ✔ **X.com**<br>**@realDonaldTrump**<br><br>**Being scolded by failed former "Intelligence" officials, like James Clapper, on my condolences to Iran on their failed Rocket launch. Sadly for the United States, guys like him, Comey, and the even dumber John Brennan, don't have a clue. They really set our Country back,....**<br><br>**3:06 PM · 8/31/19**<br><br>💬 **6.1K**   🔁 **9.4K**   ♡ **51K**   🔖 **41**   ↑ |

[REST OF PAGE INTENTIONALLY LEFT BLANK]

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 13 | November 15, 2019 @ 12:13 PM ET | X<br><br>Link to Post | ←     **Post**     •••<br><br>**Donald J. Trump** ✔    **𝕏.com**<br>**@realDonaldTrump**<br><br>**So they now convict Roger Stone of lying and want to jail him for many years to come. Well, what about Crooked Hillary, Comey, Strzok, Page, McCabe, Brennan, Clapper, Shifty Schiff, Ohr & Nellie, Steele & all of the others, including even Mueller himself? Didn't they lie?....**<br><br>12:13 PM · 11/15/19<br><br>💬 **51K**   🔁 **31K**   ♡ **92K**   🔖 **196**   ⬆<br><br>**Relevant** ⌄     **View quotes** ><br><br>**Donald J. Trump** ✔ **@rea...** · **11/15/19** ∅ •••<br>**....A double standard like never seen before in the history of our Country?**<br><br>💬 **14K**   🔁 **10K**   ♡ **43K**   📊   🔖 ⬆ |

11

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 14 | May 8, 2020 | Interview: Donald Trump Calls In to Fox and Friends for An Interview<br><br>Transcript<br><br>Video Link | DOOCY: "Mr. President, what you described just a moment ago we've heard certain people say if that was true, what you just said a moment ago, that the previous administration tried to undo your presidency, that would -- that is the biggest political scandal of all time."<br><br>TRUMP: "It is. If it were a Republican, if it were reversed, if that were a Republican president or that were a -- let's say me, that would be the ultimate example but if that were a Republican president I believe he and Biden, sleepy Joe, was involved in this all also very much. And other people around President Obama were totally involved. And you'll see more and more things come out I think because like I know how it works. You don't have Clapper and **Brennan** who's a sleaze and a guy like Comey who's a sick man. |
| 15 | May 14, 2020 | Interview: Maria Bartiromo Interviews Donald Trump on Fox Business<br><br>Transcript<br><br>Video Link | BARTIROMO: "The names of the people who unmasked General Flynn has been publicized – Joe Biden, John **Brennan**, Jim Comey. Your reaction."<br><br>TRUMP: "It was the greatest political crime in the history of our country. If I were a Democrat instead of a Republican, I think everybody would have been in jail a long time ago. And I'm talking with 50-year sentences. It's a disgrace what's happened. This is the greatest political scam, hoax in the history of our country." |

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

|    | Date | Source | Content |
|----|------|--------|---------|
| 16 | May 14, 2020 | Interview: Maria Bartiromo Interviews Donald Trump on Fox Business<br><br>Transcript<br><br>Video Link | BARTIROMO: "We know that there were informants running into your campaign associates as early as January, February of 2016. They were the Stefan Halper, Joseph Mifsud, Alexander Downer. Who organizes that? Would that come out of the CIA?"<br><br>. . .<br><br>TRUMP: "These guys get paid . . . government money. . . . they went after these people viciously all because they wanted to hurt the president of the United States. . . . Comey is a corrupt person, but let me tell you – **Brennan's** bad, they're all bad, everyone." |

[REST OF PAGE INTENTIONALLY LEFT BLANK]

13

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 17 | May 14, 2020 | Interview: Maria Bartiromo Interviews Donald Trump on Fox Business<br><br>Transcript<br><br>Video Link | TRUMP: "The whole Mueller investigation's a fraud. . . . And hopefully the people involved are going to pay a big price. . . . we caught them in the act."<br><br>. . .<br><br>BARTIROMO: "How involved was John **Brennan**?"<br><br>TRUMP: "Totally involved. He was totally involved. John **Brennan** was one of the architects in my opinion. You look at **Brennan**, you look at Clapper, you look at them all, but ultimately the president knew everything. The president knew everything. President Obama and Vice President Biden, they knew everything."<br><br>. . .<br><br>BARTIROMO: "What can you do about it?"<br><br>TRUMP: "Let me just tell you, if I were in that position, it'd be a whole different thing. If this happened to Obama instead of to a Republican president that's popular – 96 percent in the Republican Party – but it's a whole different thing. If this happened to Obama instead of to me, you know what? Everybody would be in jail for years already. For years. It's a disgraceful thing. But it's – we caught them in the act, Maria. It's a beautiful thing, and every day we're seeing more and more information come out. We caught them, and their guys are gone. They were guarding the fort. Comey and all these guys, they were guarding the fort. And once they left it got easier and easier. And now it's like an avalanche of really bad – call it treason – call it whatever you want, but they tried to take down a duly elected president of the United States." |

14

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

|  | Date | Source | Content |
|---|---|---|---|
| 18 | July 9, 2020 | Interview: Sean Hannity Interviews Donald Trump Live Via Telephone<br><br>Transcript<br><br>Video Link | HANNITY: "Do you have any plans to either commute sentences or any plans to pardon any of these men?"<br><br>TRUMP: "Well, first of all, President Obama and Joe Biden spied on my campaign. They knew everything that was going on. They were in the rooms when everyone was talking about it. These people all worked for them. I know how the White House works, I guess I can say now, better than anybody. And they knew everything that was going on. They spied on my campaign. I said it a long time ago. Nobody believed me. And now it turns out to be fact. So, let's see what happens. But they were the head of it. And it was Comey and **Brennan** and everybody else, Clapper. And those guys all lied to Congress, and bad things happened, and Strzok and Page, the two lovers, and many other people, many other people. When you look at – I could go down a list of lots of people. They were spying on my campaign. It was totally illegal. If that were the other way around, the people would be in jail for 50 years, and it would've started two years ago. It's a disgrace, what's going on. We caught them, 100 percent." |
| 19 | July 9, 2020 | Interview: Sean Hannity Interviews Donald Trump Live Via Telephone<br><br>Transcript<br><br>Video Link | TRUMP: "And they spied on the campaign. You could call it treason. You could call it many different things. But it's very serious. And, so far, nothing's happened..."<br><br>[Clear from context that Director Brennan is being referenced]. |

15

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 20 | July 10, 2020 | Interview: Jose Diaz-Balart of Noticias Telemundo Interviews Donald Trump in Florida<br><br>Transcript | DIAZ-BALART:  "The Supreme Court ruled a New York prosecutor can obtain your financial records, including both of the magistrates that you appointed. What are your thoughts on that?"<br><br>TRUMP: "Well, I was more or less happy with the decision because when you read the decision, they're going to have to go through a lot. It can't be a witch hunt, which it is. It's a political witch hunt and it's a -- I've been going through it for approximately four years -- longer than I've been president. It started before. We caught President Obama, we caught Vice President Biden spying on my campaign. We caught Comey lying. We caught **Brennan** and Clapper lying."<br><br>. . .  [Clear from context that Director Brennan is being referenced].<br><br>DIAZ-BALART: "What do you base that on, that they both knew, and that -- were spying on your campaign?"<br><br>TRUMP: "Well, no, it's a very serious thing, when -- you're not allowed to do that, They're spying -- using intelligence to spy on the opposing party's campaign. A thing like this has never happened before, but that's a very, very serious thing, and they got caught. They caught now, let's see what happens, but they got caught, but that's a big deal and what's happened -- and we've been going through this for a long time." |

[REST OF PAGE INTENTIONALLY LEFT BLANK]

16

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 21 | August 11, 2020 @ 7:45 AM ET | X<br><br>Link to Post | ← Post ⋯<br><br>**Donald J. Trump** ✓ @real… · 8/11/20 𝕏<br>John Bolton, one of the dumbest people I've met in government and sadly, I've met plenty, states often that I respected, and even trusted, Vladimir Putin of Russia more than those in our Intelligence Agencies. While of course that is not true, if the first people you met from….<br>💬 18K   🔁 14K   ♡ 66K   📊   🔖 ↥<br><br>**Donald J. Trump** ✓ 𝕏.com<br>@realDonaldTrump<br><br>..so called American Intelligence were Dirty Cops who have now proven to be sleazebags at the highest level like James Comey, proven liar James Clapper, & perhaps the lowest of them all, Wacko John Brennan who headed the CIA, you could perhaps understand my reluctance to embrace!<br><br>7:45 AM · 8/11/20<br><br>💬 11K   🔁 12K   ♡ 60K   🔖 115   ↥ |

17

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

|  | Date | Source | Content |
|---|---|---|---|
| 22 | August 11, 2020 | Press Conference: Donald Trump Holds a Coronavirus Pandemic Briefing<br><br>Transcript | REPORTER: "I don't think, as President, you've commented on Edward Snowden, but do you think he should be allowed to return without going to prison?"<br><br>TRUMP: "So as far FISA abuse is concerned, there was tremendous FISA abuse. It's amazing that it's taken this long. And everyone knows that it's been proven very substantially. Not only FISA abuse -- changing documents and putting documents in front of the FISA court and courts that are disgraceful that they could have done it. And the fact is we caught Joe Biden, President Obama, the whole group. You can look at **Brennan** and Comey and Clapper and the whole group. We caught them spying on our campaign. This was an illegal act like no other illegal act. This was treason. This was at the highest level of treason. And Obama and Biden got caught spying on my campaign, using intelligence agencies of the United States government to do it, both before and after the election. So before the election and then after I won, they continued. It's totally illegal activity, and now we just have to see what's happening." |
| 23 | August 13, 2020 | Interview: Maria Bartiromo Interviews Donald Trump on Fox Business<br><br>Transcript<br><br>Video Link | TRUMP: "Comey and **Brennan** and Clapper, they all were terrible, and they lied to Congress. . . . They spied on my campaign, which is treason. They spied both before and after I won. Think of that. Using the intelligence apparatus of the United States to take down a president, a legally elected president, a duly elected president of the United States. It's the single biggest political crime in the history of the country. . . . we caught them. . . . they have a special counsel working and they have Durham working, so they don't need another special counsel. We've had enough special counsels. And frankly, everybody knows, if you didn't have one bit of evidence from what you already know from reading the newspapers, they're all guilty as hell." |

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 24 | November 29, 2020 | Interview: Maria Bartiromo Interviews Donald Trump on Fox News<br><br>Transcript<br><br>Video Link | BARTIROMO: "Is the DOJ investigating [voter fraud]?"<br><br>. . .<br><br>TRUMP: "I said I will stay out of it. I wish I didn't make that statement. There's no reason, really, why I have to. But where are they with Comey, with McCabe, with **Brennan**, with all these people? They lied to Congress. They lied. They leaked. They spied on our campaign. I see Carter Page is bringing a lawsuit. That's good news. Where are they with all of this stuff? And what happened to Durham? Where's Durham? So, you're asking me a question. These people have been there a long time. And I know FBI. And FBI is great at the levels that we talk about. But I just – it's inconceivable. You would think, if you're in the FBI or Department of Justice, this is – this is the biggest thing you could be looking at. Where are they? I have not seen anything. I mean, I just – they just keep moving along, and they go on to the next president." |

[REST OF PAGE INTENTIONALLY LEFT BLANK]

19

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 25 | September 21, 2023 @ 1:00 AM ET | Truth Social<br><br>Link to Post | **TRUTH.**<br><br>← **Truth Details**<br>1175 replies<br><br>**Donald J. Trump** ✓ ➕<br>@realDonaldTrump<br><br>Jesse Watters: "Joe Biden wouldn't win the election if it was held today so it's time for some dirty tricks. Enter James Clapper and John Brennan, the Democrats' intel hitmen. They're back to help Joe Biden win another election... but Big Intel's meddling with our elections doesn't stop there."<br><br>[FOX NEWS video — 02:33]<br><br>**6.7k** ReTruths  **19.3k** Likes          Sep 21, 2023 at 1:00 AM |

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

|    | Date | Source | Content |
|----|------|--------|---------|
| 26 | February 22, 2025 | Speech: Donald Trump Delivers a Speech at the 2025 CPAC Convention in Maryland<br><br>Transcript<br><br>Video Link | "What a bunch of losers. I revoked the security clearances of Anthony Blinken, Jake Sullivan, John **Brennan**, James Clapper and every non-patriot who lied to cover up Hunter Biden's laptop from hell. We took away their security clearances, and they're not allowed to enter any government building either. I also revoked Joe Biden's security clearances, the Biden crime family security clearances, and they'll no longer be allowed to access state secrets while selling themselves all around the world. Oh, well. No, these were bad people. These were bad people and I do that because this should never be allowed to happen again." |

[REST OF PAGE INTENTIONALLY LEFT BLANK]

21

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 27 | July 10, 2025 @ 9:13 AM ET | Truth Social<br><br>Link to post | |

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

|  | Date | Source | Content |
|---|---|---|---|
| 28 | July 17, 2025 @ 8:33 PM ET | Truth Social<br><br>Link to Post | **TRUTH.**<br><br>← **Truth Details**    ⋯<br>6041 replies<br><br>**Donald J. Trump** ✅ ➕<br>@realDonaldTrump<br><br>The Wall Street Journal, and Rupert Murdoch, personally, were warned directly by President Donald J. Trump that the supposed letter they printed by President Trump to Epstein was a FAKE and, if they print it, they will be sued. Mr. Murdoch stated that he would take care of it but, obviously, did not have the power to do so. The Editor of The Wall Street Journal, Emma Tucker, was told directly by Karoline Leavitt, and by President Trump, that the letter was a FAKE, but Emma Tucker didn't want to hear that. Instead, they are going with a false, malicious, and defamatory story anyway. President Trump will be suing The Wall Street Journal, NewsCorp, and Mr. Murdoch, shortly. The Press has to learn to be truthful, and not rely on sources that probably don't even exist. President Trump has already beaten George Stephanopoulos/ABC, 60 Minutes/CBS, and others, and looks forward to suing and holding accountable the once great Wall Street Journal. It has truly turned out to be a "Disgusting and Filthy Rag" and, writing defamatory lies like this, shows their desperation to remain relevant. If there were any truth at all on the Epstein Hoax, as it pertains to President Trump, this information would have been revealed by Comey, Brennan, Crooked Hillary, and other Radical Left Lunatics years ago. It certainly would not have sat in a file waiting for "TRUMP" to have won three Elections. This is yet another example of FAKE NEWS!<br><br>**13.7k** ReTruths  **53.9k** Likes    Jul 17, 2025 at 8:33 PM |

23

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 29 | July 20, 2025 @ 7:56 PM ET | Truth Social<br><br>Link to post | Donald J. Trump @realDonaldTrump<br><br>HOW DID SAMANTHA POWER MAKE ALL OF THAT MONEY???<br><br><br><br>13.5k ReTruths   43.8k Likes     Jul 20, 2025, 7:56 PM |

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 30 | July 29, 2025 | Interview: Miranda Devine Interviews Donald Trump for Her Pod Force One Podcast<br><br>Transcript | TRUMP: "And you look at Hillary Clinton, you look at all of the terrible things with the Steele dossier. . . . Look, this was an attempted coup. It was a failed coup. . . . it's a miracle in a way that I was able to go through all these agencies, and this is before I was president and they did the Steele dossier, which was a total scam."<br><br>. . .<br><br>DEVINE: "Do you feel angry now?"<br><br>TRUMP: "Yeah, I do a little bit. . . . I mean, I'm a human being. I have my feelings too and so I feel differently about it. Obama, what he did was terrible. What **Brennan** did and Clapper and Comey and all these lightweights that -- I mean, they're stupid people actually, but what they did -- and so unnecessary. And they made it really hard. But ultimately, I don't know. They toughen you up, you either learn that you can do that. How many people could handle that? I've had so many people said how did you handle that every day and they come up with these different scams? They're all scams and they're still doing it. You know, they're doing it now." |
| 31 | July 29, 2025 | Interview: Miranda Devine Interviews Donald Trump for Her Pod Force One Podcast<br><br>Transcript | DEVINE: "Are you feeling like even if Barack Obama has presidential immunity, do you think it's kind of justice for them to have to lawyer up, as James Clapper says they're doing?"<br><br>TRUMP: "I do. I do. Look, Clapper lied to Congress. Comey lied to everybody."<br><br>DEVINE: "**Brennan**."<br><br>TRUMP: "**Brennan**, he was maybe the worst of the group. These are all bad. These are lowlifes. These are losers. These are losers and you know, I've been beating them for ten years. You know how many times they were after me for so many different things? And when you think of it, I've been beating them for 10 years, but that I have to waste time and effort instead of focusing on the European Union deal or all these positive things that we can do." |

25

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 32 | July 29, 2025 | Interview: Miranda Devine Interviews Donald Trump for Her Pod Force One Podcast<br><br>Transcript | TRUMP: "They got it. The people understand it and the people understand it now. So I said, look, you can't do that to Hillary Clinton. I was the one, I killed it and then they do the same thing to me, like –"<br><br>DEVINE: "Say no more Mr. Nice Guy?"<br><br>TRUMP: "Well, I just want to be fair, it's up – ultimately, it's up to Pam. I think she's doing a great job as attorney general. It's up to her and her group, but they did a lot of bad things. I mean, this was – I would say it was treason. It was treason. They made up all these stories, just fake stories. And yeah, I would say it was serious treason and hurt the country and put the country in danger. You know, they did on the Russia, Russia, Russia hoax, they lied unbelievably. How about Putin being accused? And he's no angel, that's for sure. But you know, what does he think? He's sitting back and he's being accused of stuff and he's probably saying, like, these people are crazy."  [Clear from context that Director Brennan is being referenced] |

[REST OF PAGE INTENTIONALLY LEFT BLANK]

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 33 | Apr 24, 2026, @ 12:27 AM ET | Truth Social<br><br>Link to post<br><br>Link to attached video | |

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 34 | May 11, 2026, @ 10:15 PM ET | Truth Social<br><br>Link to post<br><br>Link to attached video | |

**Appendix of Selected Public Statements of President Donald J. Trump about John O. Brennan**

| | Date | Source | Content |
|---|---|---|---|
| 35 | May 24, 2026, @ 7:01 AM ET | Truth Social<br><br>Link to post | |

29