IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN O. BRENNAN<br><br>*Plaintiff*<br><br>v.<br><br>TODD W. BLANCHE, in his official capacity as Acting Attorney General, et al.<br><br>*Defendants* | Civil Action Case No. _____ |

## DECLARATION OF KENNETH L. WAINSTEIN

## IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

I, Kenneth L. Wainstein, Esq., pursuant to 28 U.S.C. § 1746 and upon penalty of perjury, declare as follows:

1.     I am a resident of the Commonwealth of Virginia; over the age of 18; and competent to make this declaration. I could and would testify as to the matters set forth herein, if called upon to do so.

2.     I am a partner in the Washington, D.C., office of the law firm of Mayer Brown LLP. I am counsel of record for Plaintiff John O. Brennan in the above-captioned action.

3.     I submit this Declaration in support of Director Brennan's application for a preliminary injunction against Defendants Todd W. Blanche, in his official capacity as Acting Attorney General; the United States Department of Justice; Jason A. Reding Quiñones, in his official capacity as U.S. Attorney for the Southern District of Florida; Joseph E. diGenova, in his official capacity as Counselor to the Attorney General; Kash P. Patel, in his official capacity as

Director of the Federal Bureau of Investigation; Donald J. Trump, in his official capacity as President of the United States; the Executive Office of the President; Susan L. Wiles, in her official capacity as White House Chief of Staff; John L. Ratcliffe, in his official capacity as Director of the Central Intelligence Agency; the Central Intelligence Agency; and the Office of the Director of National Intelligence ("Defendants"). No prior application for the relief sought herein has been requested.

4.      The information set forth herein is based on: (i) my representation of Director Brennan in this lawsuit; (ii) my review of the documents attached hereto as exhibits; and (iii) my review of the pleadings in this lawsuit.

5.      A recent count shows that President Trump has made more than 100 verbal or written statements since the beginning of his first administration in 2017 that personally criticize and demonize Director Brennan.

6.      Prosecutors in the U.S. Attorney's Office for the Southern District of Florida informed me that Director Brennan is the target of two federal criminal investigations by the U.S. Department of Justice. In November 2025 and January 2026, the Southern District of Florida ("SDFL") U.S. Attorney's Office issued two sets of grand jury subpoenas — one set seeking documents relating to the supposed "grand conspiracy" and the other relating to Director Brennan's alleged false statements to Congress. A prosecutor in that office recently informed my co-counsel, Dan Gelber, that Director Brennan remains the target of the investigations.

7.      I attach hereto as **Exhibit 1** a true and correct copy of the materials contained in Appendix B of the complaint, which are statements President Trump made about Director Brennan.

8.      I attach hereto as **Exhibit 2** a true and correct copy of Donald J. Trump (@realDonaldTrump), Truth Social (May 11, 2026, at 22:15 ET), https://perma.cc/D4JU-SWQV.

9. I attach hereto as **Exhibit 3** a true and correct copy of Donald J. Trump (@realDonaldTrump), Truth Social (May 11, 2026, at 22:40 ET), https://perma.cc/T2GH-LLC2.

10. I attach hereto as **Exhibit 4** a true and correct copy of Donald J. Trump (@realDonaldTrump), Truth Social (May 24, 2026, at 08:01 ET), https://perma.cc/PN5S-24D9.

11. I attach hereto as **Exhibit 5** a true and correct copy of Hannah Rabinowitz, *Attorney General Bondi Orders Prosecutors to Start Grand Jury Probe into Obama Officials Over Russia Investigation*, CNN (Aug. 4, 2025), https://perma.cc/HCG8-H5KJ.

12. I attach hereto as **Exhibit 6** a true and correct copy of Press Release, U.S. Dep't of Just., Justice Department Announces Formation of Strike Force to Assess Evidence Publicized by ODNI (July 23, 2025), https://perma.cc/ZFX6-KC5A.

13. I attach hereto as **Exhibit 7** a true and correct copy of Ashley Oliver, David Spunt & Jake Gibson, *DOJ Launching Grand Jury Investigation into Russiagate Conspiracy Allegations: Sources*, Fox News (Aug. 4, 2025), https://perma.cc/Q5JS-XTZQ.

14. I attach hereto as **Exhibit 8** a true and correct copy of LA Times Studios, *Straight to the Point: The Grand Conspiracy Against Trump* (YouTube, May 7, 2026), https://www.youtube.com/watch?v=h03Rtq3SwYM (https://perma.cc/7EBH-NGDC on file with Plaintiff).

15. I attach hereto as **Exhibit 9** a true and correct copy of Hang out with Sean Hannity & Fox News, *Kash Patel Uncovers Secret FBI Documents; The De-Weaponization Plan | Hang Out with Sean Hannity* (YouTube, May 5, 2026), https://www.youtube.com/watch?v=0zhi1bmlIjc (https://perma.cc/QZ2H-WYLZ on file with Plaintiff).

16.    I attach hereto as **Exhibit 10** a true and correct copy of Letter from Jim Jordan, Chairman of the H. Comm. on the Judiciary, 119th Cong., to Pamela J. Bondi, Att'y Gen., U.S. Dep't of Just. (Oct. 21, 2025), https://perma.cc/R257-56FL.

17.    I attach hereto as **Exhibit 11** a true and correct copy of Taylor Penley, *Jim Jordan Says Probe into Former CIA Director John Brennan is 'Heating Up" as DOJ Seeks Testimony Records*, Fox News (Mar. 26, 2026), https://perma.cc/JWZ3-F6TJ.

18.    I attach hereto as **Exhibit 12** a true and correct copy of Anthony Adragna, Briana Reilly & Jake Sherman, *House Intel Sends Brennan Docs to DOJ*, Punchbowl News (Mar. 25, 2026), https://perma.cc/K46P-ZZP3.

19.    I attach hereto as **Exhibit 13** a true and correct copy of Press Release, Off. of Pub. Affs., CIA Director John Ratcliffe Declassifies Internal Tradecraft Review of 2016 Election ICA to Promote Analytic Objectivity and Transparency (July 2, 2025), perma.cc/UR6K-P7VJ.

20.    I attach hereto as **Exhibit 14** a true and correct copy of Devlin Barrett, *How the Drive to Find a Conspiracy Against Trump Rocked the Justice Dept.*, N.Y. Times (June 8, 2026), https://perma.cc/63DZ-3KUH.

21.    I attach hereto as **Exhibit 15** a true and correct copy of Fox News, DiGenova: *John Brennan Should Get a Good Lawyer* (YouTube, May 18, 2018) (clip of Fox News television broadcast),  https://www.youtube.com/watch?v=e7v22N2QrW8  (https://perma.cc/W5XD-GR43 on file with Plaintiff).

22.    I attach hereto as **Exhibit 16** a true and correct copy of Press Release, Off. of the Dir. of Nat'l Intel., New Evidence of Obama Administration Conspiracy to Subvert President Trump's 2016 Victory and Presidency (July 18, 2025), perma.cc/AHS5-RKV5.

23. I attach hereto as **Exhibit 17** a true and correct copy of Erin Banco, Andrew Goudsward & John Landay, *FBI Questions CIA Officers Over Russia Assessment in Brennan Probe, Sources Say*, Reuters (May 12, 2026), https://perma.cc/K3YQ-ZULR.

24. I attach hereto as **Exhibit 18** a true and correct copy of Memorandum from Deputy Dir. of CIA for Analysis to Dir. of the CIA (June 26, 2025), perma.cc/4YVQ-SS4X.

25. I attach hereto as **Exhibit 19** a true and correct copy of Memorandum to Tulsi Gabbard, Dir. of Nat'l Intel., perma.cc/3RGY-2478.

26. I attach hereto as **Exhibit 20** a true and correct copy of Memorandum from the Dir. of Nat'l Intel. to [Redacted] (Sep. 2, 2016), perma.cc/KW2W-CJEQ.

27. I attach hereto as **Exhibit 21** a true and correct copy of Charlie Savage, *U.S. Abruptly Rescinds Subpoenas It Had Just Issued in John Brennan Inquiry*, N.Y. Times (Apr. 21, 2026), https://perma.cc/8ZNT-GXWB.

28. I attach hereto as **Exhibit 22** a true and correct copy of Perry Stein, *DOJ's Vast Conspiracy Investigation into Trump Foes Picks Up Steam*, Washington Post (Apr. 21, 2026), https://perma.cc/75GV-HPC5.

29. I attach hereto as **Exhibit 23** a true and correct copy of Eric Tucker, *Key Prosecutor in John Brennan Investigation Has Been Removed From Case, AP Source Says*, AP News (Apr. 17, 2026), https://perma.cc/4362-XJE5.

30. I attach hereto as **Exhibit 24** a true and correct copy of Glenn Thrush, Alan Feuer & Charlie Savage, *Trump Loyalists Push 'Grand Conspiracy' as New Subpoenas Land,* N.Y. Times (Nov. 9, 2025), https://perma.cc/EQT7-GLVD.

31.     I attach hereto as **Exhibit 25** a true and correct copy of Vaughn Hillyard & Laura Barrón-López, *U.S. Attorney Investigating Alleged Grand 'Conspiracy' Calls Unit-Wide Meeting After Two Prosecutors Resign*, MS Now (Nov. 10, 2025), https://perma.cc/HYQ2-HY9W.

32.     I attach hereto as **Exhibit 26** a true and correct copy of Ben Penn, *DOJ Miami Office Readies Conspiracy Probe Into Trump Enemies (2),* Bloomberg Law (Nov. 7, 2025), https://perma.cc/X2R9-TU35.

33.     I attach hereto as **Exhibit 27** a true and correct copy of Julian E. Barnes, Maggie Haberman & Devlin Barrett, *Inquiry Into Ex-C.I.A. Chief John Brennan Stalls After Purge by Gabbard,* N.Y. Times (Sep. 24, 2025), https://perma.cc/A7WT-JARG.

34.     I attach hereto as **Exhibit 28** a true and correct copy of Charlie Savage, *As Trump's Inquisitors Face Scrutiny, a Divisive Figure Could Play a New Role,* N.Y. Times (Nov. 23, 2025), https://perma.cc/X4C3-LKES.

35.     I attach hereto as **Exhibit 29** a true and correct copy of Peter Charalambous, Katherine Faulders, Alexander Mallin, *Trump Ally Says Grand Jury Empaneled In Florida To Investigate A Sweeping Conspiracy Against Trump,* ABC News (Oct. 25, 2025), https://perma.cc/8BND-EF6N.

36.     I attach hereto as **Exhibit 30** a true and correct copy of Frontline Interview with Mike Davis, PBS (Apr. 4, 2025), https://www.pbs.org/wgbh/frontline/interview/mike-davis/ (https://perma.cc/LV8W-WXF8 on file with Plaintiff).

37.     I attach hereto as **Exhibit 31** a true and correct copy of Zoe Tillman, *Trump Ally Pushing Conspiracy Case Says Grand Jury Empaneled (1),* Bloomberg Law (Oct. 22, 2025), https://perma.cc/Q4GL-YTHP.

38.    I attach hereto as **Exhibit 32** a true and correct copy of Mike Davis (@mrddimia), Instagram (Nov. 16, 2025), https://perma.cc/7SDL-JCTW.

39.    I attach hereto as **Exhibit 33** a true and correct copy of Perry Stein, Jeremy Roebuck, David Ovalle, *The Trump Prosecutor Probing Former Top Obama Administration Officials*, Washington Post (Nov. 17, 2025), https://perma.cc/J63T-NWK7.

40.    I attach hereto as **Exhibit 34** a true and correct copy of U.S. Dep't of Just., *Private Impact Assessment for the Email and Collaboration Services* (2024), https://perma.cc/HS8T-K2SY.

41.    I attach hereto as **Exhibit 35** a true and correct copy of U.S. Dep't of Just., *AI Inventory* (Jan. 30, 2026), https://perma.cc/DG59-PCFZ.

42.    I attach hereto as **Exhibit 36** a true and correct copy of *2025 DOJ AI Use Case Inventory_downloadable.xlsx*, U.S. Dep't of Just., https://perma.cc/8ERX-WDY4.

43.    I attach hereto as **Exhibit 37** a true and correct copy of Anna Bower, *"Anna, Lindsey Halligan Here."*, Lawfare (Oct. 20, 2025), https://perma.cc/DP74-U7XN.

44.    I attach hereto as **Exhibit 38** a true and correct copy of Nate Jones, *Trump Library Says no Twitter DMs can be Found, Despite Evidence he Sent Them*, Washington Post (June 3, 2026), https://perma.cc/95LK-AWUR.

45.    I attach hereto as **Exhibit 39** a true and correct copy of Annie Karni, *Meet the Guys who Tape Trump's Papers Back Together*, Politico (June 10, 2018), https://perma.cc/3A7S-6HZY.

46.    I attach hereto as **Exhibit 40** a true and correct copy of U.S. Dep't of Just., Just. Manual § 9-5.004 (2019).

47.    I attach hereto as **Exhibit 41** a true and correct copy of Josh Gerstein & Kyle Cheney, *Judge Orders Trump Administration to Preserve Signal Chats*, Politico (Mar. 27, 2025), https://perma.cc/AL4Q-NJJ5.

48.    I attach hereto as **Exhibit 42** a true and correct copy of Dasha Burns, *Waltz's Team Set Up at Least 20 Signal Group Chats for Crises Across the World*, Politico (Apr. 2, 2025), https://perma.cc/6WKP-3K5W.

49.    I attach hereto as **Exhibit 43** a true and correct copy of Julian E. Barnes, *C.I.A. Director's Messages in Leaked Chat Were Deleted, Agency Says*, N.Y. Times (Apr. 15, 2025), https://perma.cc/BF54-6CS2.

50.    I attach hereto as **Exhibit 44** a true and correct copy of Hang Out with Sean Hannity & Fox News, *Todd Blanche: The DOJ Room Full of Evidence Nobody Knew Existed | Hang Out with Sean Hannity* (YouTube, June 2, 2026), https://www.youtube.com/watch?v=wMZHAfSQ9vo (https://perma.cc/9X48-5XX5 on file with Plaintiff).

51.    I attach hereto as **Exhibit 45** a true and correct copy of Katelyn Polantz, Hannah Rabinowitz & Evan Perez, *Justice Department Leans on Prosecutors in Brennan Probe as Other Trump-Foe Investigations Fizzle*, CNN (Mar. 10, 2026), https://perma.cc/K2LY-TR54.

52.    I attach hereto as **Exhibit 46** a true and correct copy of Charlie Savage & Alan Feuer, *U.S. Installs a Trump Loyalist to Lead 'Grand Conspiracy' Case Into Trump Foes*, N.Y. Times (Apr. 18, 2026), https://perma.cc/55WV-DDBJ.

53.    I attach hereto as **Exhibit 47** a true and correct copy of The National Desk, *Acting Attorney General Blanche and FBI Director Kash Patel Hold a Press Conference*, U.S. Dep't of Just. (YouTube, Apr. 21, 2026), https://www.youtube.com/live/i4H6gQPcdkg (https://perma.cc/G2PC-X8TY on file with Plaintiff).

54.    I attach hereto as **Exhibit 48** a true and correct copy of U.S. Attorney Jason Reding Quiñones (@USAReding), X (May 19, 2026, at 20:15 ET), https://perma.cc/WZ7Y-CSUT.

55.    I attach hereto as **Exhibit 49** a true and correct copy of Sam Baron, *DiGenova, Toensing to Newsmax: Brennan Lied to American People*, Newsmax (clip of Newsmax television broadcast, aired Oct. 21, 2025, at 17:20 ET), https://www.newsmax.com/newsmax-tv/joe-digenova-victoria-toensing-john-brennan/2025/10/21/id/1231317/ (https://perma.cc/E77Y-4RDS on file with Plaintiff).

56.    I attach hereto as **Exhibit 50** a true and correct copy of Kristen Welker & Rebecca Shabad, *Trump Accidentally Posted Message Pressuring Pam Bondi to Charge his Enemies, Source Says*, NBC News (Oct. 10, 2025), https://perma.cc/LX38-A439.

57.    I attach hereto as **Exhibit 51** a true and correct copy of Laura Jarrett & Ryan J. Reilly*, Todd Blanche Says Americans Should be 'Happy' Trump is Deeply Involved in DOJ*, NBC News (Apr. 14, 2026), https://perma.cc/YYJ4-FW67.

58.    I attach hereto as **Exhibit 52** a true and correct copy of Rudolph Giuliani, *America's Mayor Live (899): Pam Bondi Out as Attorney General with Top Names Emerging to Lead DOJ* (YouTube, streamed Apr. 2, 2026, at 20:00 ET), https://www.youtube.com/watch?v=5G_nT7kFLPA (https://perma.cc/F3SB-MFZ2 on file with Plaintiff).

59.    I attach hereto as **Exhibit 53** a true and correct copy of *In-Your-Face DOJ Aide Rides Prosecutors for 'Chief Client' Trump*, Bloomberg Law (Feb. 19, 2026), https://perma.cc/6VQG-3HUM.

60.     I attach hereto as **Exhibit 54** a true and correct copy of Associated Press, *Trump Adds New Lawyer to Russia Investigation Legal Team*, PBS News (Mar. 19, 2018), https://perma.cc/ZP79-WTLH.

61.     I attach hereto as **Exhibit 55** a true and correct copy of Evan Perez & Hannah Rabinowitz, *Inside the Justice Department's Shakeup of the John Brennan Investigation*, CNN (May 8, 2026), https://perma.cc/S58G-9MTK.

62.     I attach hereto as **Exhibit 56** a true and correct copy of Paula Reld & Evan Perez, *Justice Department Adds Former Trump Lawyer to Investigation of Trump Critic John Brennan*, CNN (Apr. 18, 2026), https://perma.cc/Z6XV-DNK3.

63.     I attach hereto as **Exhibit 57** a true and correct copy of James Hoft, *Joe diGenova on John Brennan's Lost Security Clearance: "A Glorious Day for America"* (YouTube, Aug. 16, 2018) (clip of Fox News television broadcast, aired May 1, 2018, at 19:15 PM ET), https://www.youtube.com/watch?v=TzjzcAZauPc (https://perma.cc/BAE6-YVH6 on file with Plaintiff).

64.     I attach hereto as **Exhibit 58** a true and correct copy of Tamar Auber, *Joe diGenova to Hannity: John Brennan is the "Real Traitor"*, Mediaite (July 18, 2018) (clip of Fox News television broadcast, aired July 18, 2018, at 09:41 ET), https://www.mediaite.com/media/tv/joe-digenova-to-hannity-john-brennan-is-the-real-traitor/ (https://perma.cc/JDX4-P4WG on file with Plaintiff).

65.     I attach hereto as **Exhibit 59** a true and correct copy of Erin Banco & Andrew Goudsward, *Trump 2020 Election Denier Kurt Olsen Joins Justice Department*, Reuters (June 2, 2026), https://perma.cc/N4YM-UWX5.

66.     I attach hereto as **Exhibit 60** a true and correct copy of Shawn McCreesh, Alexandra Berzon & Nick Corasaniti, *Trump's Director of Election Security is an Election Denier*, N.Y. Times (Feb. 12, 2026), https://perma.cc/483P-DP3P.

67.     I attach hereto as **Exhibit 61** a true and correct copy of *Trump-Russia: President's Legal Team Shake-up Falters*, BBC (Mar. 25, 2018), https://perma.cc/J8RQ-TFC6.

68.     I attach hereto as **Exhibit 62** a true and correct copy of Ken Dilanian, *DoJ Preparing Subpoenas in Investigation into John Brennan,* MS Now (Nov. 6, 2025), https://perma.cc/W37B-GZPH.

69.     I attach hereto as **Exhibit 63** a true and correct copy of Hr'g Tr., *United States v. Rabbitt,* No. 25-cr-693 (N.D. Ill. May 21, 2026), Dkt. No. 187, https://perma.cc/S55U-H2GJ.

70.     I attach hereto as **Exhibit 64** a true and correct copy of Memorandum from William Fischer, Chief Records Officer, to Fed. Records Mgmt. Contacts (May 2, 2025), https://perma.cc/TAB5-E2ZX.

71.     I attach hereto as **Exhibit 65** a true and correct copy of Edward Helmore, *Photos Suggest Trump Blocked Toilets with Ripped-up White House Documents*, Guardian (Aug. 8, 2022), https://perma.cc/A7VV-GP25.

72.     I attach hereto as **Exhibit 66** a true and correct copy of Mike Allen, *Exclusive Photos: Trump's Telltale Toilet*, Axios (Aug. 8, 2022), https://perma.cc/98QG-ULBK.

73.     I attach hereto as **Exhibit 67** a true and correct copy of Rebecca Beitsch, *Whistleblower Accuses Ed Martin of 'Concealing and Destroying' Records Related to DOJ's Weaponization Group*, Hill (Nov. 17, 2025), https://perma.cc/BG4A-UB6V.

74.    I attach hereto as **Exhibit 68** a true and correct copy of Letter from Jamie Raskin, Ranking Member, H. Comm. on the Judiciary, to Edward P. Martin, Jr., Pardon Att'y and Dir., Weaponization Working Grp., U.S. Dep't of Just. (Nov. 17, 2025), https://perma.cc/AZ83-JPKH.

75.    I attach hereto as **Exhibit 69** a true and correct copy of Alexander Mallin, *Top DOJ Official Deletes Post on Alternate 'Anti-weaponization' Compensation Plan*, ABC News (June 3, 2026), https://perma.cc/QNU3-RX5L.

76.    I attach hereto as **Exhibit 70** a true and correct copy of Pls' Reply in Support of Mot. for Rule 37(E) Remedies, *Am. Fed'n of Gov. Emps., AFL-CIO v. Trump*, No. 25-cv-3698 (N.D. Cal. June 17, 2026), Dkt. No. 421.

77.    I attach hereto as **Exhibit 71** a true and correct copy of Letter, *United States v. McIver*, No. 25-cr-388 (D.N.J. Sep. 10, 2025), Dkt. No. 26-2.

78.    I attach hereto as **Exhibit 72** a true and correct copy of Letter Mot., *United States v. McIver*, No. 25-cr-388 (D.N.J. Dec. 23, 2025), Dkt. No. 57.

79.    I attach hereto as **Exhibit 73** a true and correct copy of Constitutionality of the Presidential Records Act, 50 Op. O.L.C. (Apr, 1, 2026) (slip op.), https://perma.cc/V4M7-NQFA.

80.    I attach hereto as **Exhibit 74** a true and correct copy of Memorandum from David Alan Warrington, Assistant to the President and Counsel to the President, to Staff, Executive Office of the President (Apr. 2, 2026), https://perma.cc/R5G5-UAFW.

81.    I attach hereto as **Exhibit 75** a true and correct copy of *A Disappearing Data Chronology*, Nat'l Sec. Archive, https://perma.cc/55SN-66EV (last visited June 5, 2026).

82.    I attach hereto as **Exhibit 76** a true and correct copy of *DON'T SHRED ON ME! USAID Documents Destruction Breaks the Law, According to National Security Archive*, Nat'l Sec. Archive, https://perma.cc/3RZE-VJNC.

83.     I attach hereto as **Exhibit 77** a true and correct copy of Kayla Epstein, *USAID Staff Told to Shred and Burn Classified Documents*, BBC (Mar. 11, 2025), https://perma.cc/5M2F-JQMZ.

84.     I attach hereto as **Exhibit 78** a true and correct copy of Alex Nguyen, *A Non-Exhaustive List of Trump's Deleted Posts*, Mother Jones (Apr. 13, 2026), https://perma.cc/M8M7-WARP.

85.     I attach hereto as **Exhibit 79** a true and correct copy of Josh Dawsey, Sadie Gurman & Aruna Viswanatha, *Inside the Justice Department Where the President Calls the Shots*, Wall Street Journal (Oct. 8, 2025), https://perma.cc/DD4C-35MH.

I swear under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 1st day of July, 2026, in Washington, District of Colombia.

/s/ Kenneth L. Wainstein
Kenneth L. Wainstein, DC Bar # 451058