**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN O. BRENNAN<br><br>*Plaintiff*<br><br>v.<br><br>TODD W. BLANCHE, in his official capacity as Acting Attorney General, et al.<br><br>*Defendants* | Civil Action Case No. 26-2323 |

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

IT IS HEREBY ORDERED that Plaintiff's motion for a preliminary injunction is **GRANTED.**

(1) Defendants and their officers and employees, are hereby **ENJOINED** to preserve any and all materials and communications that currently exist or that come into existence that are potentially relevant to the consideration of Director Brennan's legal and constitutional challenges to any future criminal charges. This requested relief encompasses but is not limited to such things as:

a) All records relating to any federal investigation into Director Brennan's conduct, to include the investigation into allegations that he lied in his testimony to the House of Representatives Committee on the Judiciary on May 11, 2023 and the

investigation into the "grand conspiracy" being conducted out of the U.S. Attorney's Office in the Southern District of Florida;

b) All status reports, witness statements, legal memoranda, updates, emails, messages, prosecution memoranda, communications, AI queries, calendar entries, and documents of any type relating to the two pending investigations and any possible prosecution of Director Brennan, including any assessments, analysis or evaluations of the strength or weakness of any potential criminal case against Director Brennan or others involved in the investigations;

c) All records of communications relating to any investigation and/or possible prosecution of Director Brennan and any alleged co-conspirators, whether in person, telephonic or via any communication device or online platform, including AI platforms;

d) All documents or communications related to meetings about any investigation involving Director Brennan or any alleged co-conspirators, including meetings with Justice Department personnel or with any persons outside of the Justice Department, including representatives or staff of the White House and of Congress;

e) All records of communications, public or private, by President Trump and White House employees or any government staff acting on President Trump's behalf, including all Department of Justice employees or contractors, relating to any investigation of Director Brennan or any alleged co-conspirator, including any efforts to advance the investigation or otherwise to be apprised of the status of the investigation;

f) All records relating to any decisions regarding personnel assigned to, removed from or conflicted from investigating or managing the investigations involving Director Brennan, including any internal emails, chats, messages, memos, meeting notices and personnel paperwork related in any manner to the assignment, removal or oversight of personnel, including U.S. Attorneys, Assistant U.S. Attorneys, supervisors, or agents involved in any manner with those investigations;

g) All records relating to any discussions or decisions regarding where any investigation or prosecution of the false-statements case or the "grand conspiracy" case will be pursued;

h) All records or communications regarding any investigation or possible prosecution of Director Brennan between Justice Department personnel and Congressman Jim Jordan and/or his staff, including any such records or communications relating to the October 21, 2025 referral to Attorney General Pam Bondi and any and all discussion about plans or suggestions for the substance or process of that referral;

i) All records or communications regarding any investigation or possible prosecution of Director Brennan or any alleged co-conspirator between Justice Department personnel and DNI Director Tulsi Gabbard and/or her staff and CIA Director John Ratcliffe and/or his staff, including any such records or communications relating to the July 2025 referrals to Attorney General Pam Bondi and any and all discussion about plans or suggestions for the substance or process of those referrals;

j) All records or communications relating to press or public statements about Director Brennan or any of his alleged co-conspirators relating to any interaction between the Department of Justice and the press or members of the press about Director

Brennan or the investigations involving his or his alleged co-conspirators' activities; and

k) all records or communications relating to any investigation of Director Brennan or his alleged co-conspirators that were held or received by any Department of Justice personnel who have been involved in such investigation, including personnel who have stopped working on the investigation or have left employment at the Department of Justice.

(2) Issue a declaratory judgment that the government has the obligation to preserve the above-listed materials and that that obligation applies prior to indictment.

(3) Grant such other relief as the Court may deem just and proper.

SO ORDERED on this ___ day of _______, 2026,

______________________________
United States District Judge