IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN O. BRENNAN<br><br>*Plaintiff*<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General, et al.<br><br>*Defendants* | Civil Action Case No. 1:26-cv-02323-JMC |

**MOTION FOR ORDER APPROVING AGREED-UPON BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b) and the Court's order dated July 2, 2026, Plaintiff respectfully moves this Court for an order approving a proposed schedule agreed upon by the Parties for the briefing of Plaintiff's Motion for a Preliminary Injunction (ECF No. 2) ("Motion"). The parties reached agreement on the following schedule:

1. Any amicus curiae briefs in support of either party will be filed on or before July 23, 2026.

2. Defendants will file a response to the Motion on or before July 28, 2026.

3. Plaintiff will file a reply in support of the Motion on or before August 11, 2026.

This is Plaintiff's first request for a briefing schedule. This motion is necessary to permit adequate briefing of these dispositive submissions and is timely filed under the Court's order dated July 2, 2026. Plaintiff has conferred with counsel for the Defendants, and the parties agreed on the briefing schedule proposed in this motion.

1

Respectfully submitted,

Dated:  July 8, 2026

*/s/ Kenneth L. Wainstein*
Kenneth L. Wainstein, DC Bar # 451058
Natasha Harnwell-Davis, DC Bar # 1719228
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
KWainstein@mayerbrown.com

Dan Gelber
*Pro hac vice application pending*
Gelber Schachter & Greenberg, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131-1715
Telephone
dan@gsgpa.com

Joan Silverstein
*Pro hac vice application pending*
Gelber Schachter & Greenberg, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131-1715
Telephone: (305) 728-0950
jsilverstein@gsgpa.com

*Counsel for Plaintiff*

2