**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOHN O. BRENNAN,

    Plaintiff

                                       Civil Action Case No. 26-2323

    -vs-

TODD W. BLANCHE, in his official capacity
as Acting Attorney General, et al.,

    Defendants.

<u>**MOTION FOR LEAVE TO FILE AMICUS**</u>
<u>**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR A**</u>
<u>**PRELIMINARY INJUNCTION**</u>

Pursuant to Local Civil Rule 7(o)(1), Lawyers Defending American Democracy (LDAD) hereby seeks leave to file the attached *amicus curiae* brief in support of Plaintiff John O. Brennan's Motion for a Preliminary Injunction. Counsel for the Plaintiff has consented to the filing of this brief. Counsel for the Defendants has no objection to the filing of this brief.

Lawyers Defending American Democracy (LDAD) is a non-profit, nonpartisan organization devoted to encouraging the legal profession to enforce and uphold principles of democracy and law, consistent with our obligations as lawyers; demanding accountability from lawyers and public officials; and identifying attacks on legal norms and prescribing redress for them. LDAD members include academics and lawyers with decades of experience in the courts immersed in the study of the constitution.

A copy of Amicus's brief is attached to this motion. The brief addresses one aspect of the Plaintiff's Motion – whether the Court should employ a presumption of regularity concerning the conduct of the defendants in deciding if the Plaintiff is entitled to relief – and provides the Court with a catalogue of cases from around the country in which judges have addressed that very

issue. The brief details the recent and extraordinary unwillingness of multiple courts to afford the government that presumption, finding government conduct that is not just "irregular" but shocking. Once rare, the torrent of cases detailed by Amicus reveals a pattern of misconduct, leaving court after court with a deep distrust for government claims. Our brief gives context with which to weigh any claim here that the government will act with due regard for the plaintiff's rights. It does so from a perspective broader than that of an individual litigant.

As an association of lawyers from around the country, Amicus has a keen interest in assuring that the rule of law is preserved in matters in which the prospect of vindictive and selective prosecution looms large.

Amicus respectfully requests the Court to accept this brief.

Respectfully Submitted,

LAWYERS DEFENDING AMERICAN
DEMOCRACY, as Amicus
By:

Jonathan Shapiro
*Pro hac vice forthcoming*
Virginia Bar #13953
Washington and Lee University Law School
Room 441
Denny Circle
Lexington, Virginia 24550
(703) 217-7455
Shapiroj@wlu.edu

James W. Conrad
DC Bar No. 406081
Conrad Law & Policy Counsel
800 Connecticut Ave., N.W.
Suite 300
Washington, D.C.  20006
(703) 405-1660
jamie@conradcounsel.com

Aderson B. Francois
Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, D.C. 20001
202-661-6721
aderson.francois@georgetown.edu
Counsel of Record

Dated:  July 23, 2026

**Certificate of Service**

I hereby certify that on July 23, 2026, I electronically filed the foregoing document with the United States District Court for the District of Columbia using the CM/ECF system, which will send notice of the filing to all counsel of record, and that I sent all counsel of record same document by email on the same date.

/s/
Aderson B. Francois
Counsel for Amicus