## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN O. BRENNAN,<br><br>    Plaintiff,<br><br>    v.<br><br>TODD W. BLANCHE, in his<br>official capacity as Acting<br>Attorney General, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 26-2323 (JMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants move to dismiss the Complaint, ECF No. 1, for lack of subject-matter jurisdiction and failure to state a claim. The reasons for granting this Motion are stated in the accompanying Memorandum.

This Court has scheduled a hearing on Plaintiff's Motion for Preliminary Injunction, ECF No. 2, for September 14, 2026, at 1:30 PM. Given the significant overlap in legal issues between this Motion and the Motion for Preliminary Injunction, Defendants respectfully request that the Court also hear this Motion at the hearing on September 14, 2026.

For the reasons stated in the accompanying Memorandum, Defendants respectfully request that this Court grant this Motion and enter an order dismissing the Complaint.

1

Dated:  July 28, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*

2