**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JOHN O. BRENNAN,

     *Plaintiff*,

v.

TODD W. BLANCHE, in his official capacity
as Acting Attorney General, et al.,

     *Defendants*.

Case No. 1:26-cv-2323-JMC

**MOTION TO PERMIT FILING OF**
**ONE COMBINED MEMORANDUM OF LAW**

NOW COMES Director John O. Brennan, through undersigned counsel, and respectfully moves this Court for an order permitting him to file a single memorandum of law as Reply in support of his Motion for a Preliminary Injunction (Dkt. No. 2) and an Opposition to the Defendants' Motion to Dismiss (Dkt. No. 21). In support of this motion, Director Brennan shows the following:

1.     On July 1, 2026, Director Brennan filed a civil complaint against the Defendants and moved the Court for a preliminary injunction. Director Brennan subsequently conferred with counsel for the Defendants, and the parties agreed on the briefing schedule for the briefing of Plaintiff's Motion for a Preliminary Injunction. Under that schedule, Director Brennan's Reply in Support of his Motion for a Preliminary Injunction is due on or before August 11, 2026.

2.     On July 28, 2026, Defendants filed their Motion to Dismiss the Complaint (Dkt. No. 21) and their Opposition to the Motion for a Preliminary Injunction. Director Brennan's Opposition to the Motion to Dismiss is due on or before August 11, 2026. *See* LCvR 7(b). Accordingly, Director Brennan has two filings due on August 11, 2026.

3.     The Defendants' Opposition to the Motion for a Preliminary Injunction and Defendants' Motion to Dismiss raise substantially the same issues, such as standing, ripeness, and Director Brennan's causes of action. *Compare* Dkt. No. 20 with Dkt. No. 21-1. The only material

1

difference is that the preliminary injunction briefing requires addressing two more elements to show that Director Brennan is entitled to a preliminary injunction.

4.    To streamline briefing and conserve judicial resources, Director Brennan respectfully requests leave to file a single memorandum of law addressing the Defendants' arguments.

5.    On August 6, 2026, counsel for Director Brennan contacted counsel for the Defendants. The Defendants **do not** oppose Director Brennan filing a single memorandum.

DATED:        August 6, 2026                /s/ Kenneth L. Wainstein
                                            Kenneth L. Wainstein, DC Bar # 451058
                                            Natasha Harnwell-Davis, DC Bar # 1719228
                                            Mayer Brown LLP
                                            1999 K Street, NW
                                            Washington, DC 20006-1101
                                            Telephone: (202) 263-3000
                                            KWainstein@mayerbrown.com
                                            NHarnwell-Davis@mayerbrown.com

                                            Dan Gelber (admitted *pro hac vice*)
                                            Gelber Schachter & Greenberg, P.A.
                                            One Southeast Third Avenue, Suite 2600
                                            Miami, Florida 33131-1715
                                            Telephone: (305) 728-0950
                                            dan@gsgpa.com

                                            Joan Silverstein (admitted *pro hac vice*)
                                            Gelber Schachter & Greenberg, P.A.
                                            One Southeast Third Avenue, Suite 2600
                                            Miami, Florida 33131-1715
                                            Telephone: (305) 728-0950
                                            jsilverstein@gsgpa.com

                                            Gerald Edward Greenberg (admitted *pro hac vice*)
                                            Florida Bar No. 440094
                                            Gelber Schachter & Greenberg, P.A.

One Southeast Third Avenue, Suite 2600
Miami, Florida 33131-1715
Telephone: (305) 728-0950
GGreenberg@gsgpa.com

3