**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN O. BRENNAN<br><br>*Plaintiff,*<br><br>v.<br><br>TODD W. BLANCHE, in his official capacity<br>as Attorney General, et al.<br><br>*Defendants*. | Civil Action Case No. 1:26-cv-02323-JMC |

**SUPPLEMENTAL DECLARATION OF KENNETH L. WAINSTEIN**
**IN SUPPORT OF PLAINTIFF'S REPLY IN FURTHER**
**SUPPORT OF HIS MOTION FOR A PRELIMINARY INJUNCTION AND**
**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Kenneth L. Wainstein, Esq., pursuant to 28 U.S.C. § 1746 and upon penalty of perjury, declare as follows:

1.      I am a resident of the Commonwealth of Virginia; over the age of 18; and competent to make this declaration. I could and would testify as to the matters set forth herein, if called upon to do so.

2.      I am a partner in the Washington, D.C., office of the law firm of Mayer Brown LLP. I am counsel of record for Plaintiff John O. Brennan in the above-captioned action.

3.      I submit this Supplemental Declaration in support of Plaintiff's Reply in Further Support of his Motion for a Preliminary Injunction and Opposition to Defendants' Motion to Dismiss against Defendants Todd W. Blanche, in his official capacity as Attorney General; the United States Department of Justice; Jason A. Reding Quiñones, in his official capacity as U.S. Attorney for the Southern District of Florida; Joseph E. diGenova, in his official capacity as Counselor to the Attorney General; Kash P. Patel, in his official capacity as Director of the Federal

Bureau of Investigation; Donald J. Trump, in his official capacity as President of the United States; the Executive Office of the President; Susan L. Wiles, in her official capacity as White House Chief of Staff; John L. Ratcliffe, in his official capacity as Director of the Central Intelligence Agency; the Central Intelligence Agency; and the Office of the Director of National Intelligence ("Defendants").

4.    The information set forth herein is based on: (i) my representation of Director Brennan in this lawsuit; and (ii) my review of the documents attached hereto as exhibits.

5.    On February 9, 2026, a supervising attorney in the U.S. Attorney's Office for the Southern District of Florida investigating Director Brennan discussed the investigation of Rep. Jim Jordan's referral relating to testimony that Director Brennan gave before Congress. During that conversation, the supervising attorney told undersigned counsel that any standalone charges for lying to Congress, in violation of 18 U.S.C. § 1001, must be filed in the District of Columbia because that is where the supposed false statements allegedly occurred in the course of testimony before Congress. During that same conversation, the supervising attorney informed undersigned counsel that the investigative team in the U.S. Attorney's Office for the Southern District of Florida was appointed by the Attorney General to conduct the two investigations targeting Director Brennan pursuant to 28 U.S.C. § 515, which provides that "any attorney specially appointed by the Attorney General under law, may, when specifically directed by the Attorney General, conduct any kind of legal proceeding, . . . including grand jury proceedings . . . , which United States attorneys are authorized by law to conduct, whether or not he is a resident of the district in which the proceeding is brought."

6.      I attach hereto as **Exhibit A** a true and correct copy of Jay Weaver, *Justice Dept. 'Weaponized' South Florida Office to Target Ex-CIA Chief: Critics,* Miami Herald (July 4, 2026), https://perma.cc/Y3ZA-FLCN.

7.      I attach hereto as **Exhibit B** a true and correct copy of Affidavit of Patrick J. Fitzgerald in Support of Mot. to Dismiss, *United States v. Comey*, No. 4:26-cr-16 (E.D.N.C. July 28, 2026), Dkt. No. 43.

8.      I attach hereto as **Exhibit C** a true and correct copy of Defendant Morrow's Response to Government's Motion to Preclude Evidence, *United States v. Stanley*, No. 3:25-MJ-320 (W.D.N.C. Aug. 5, 2026), Dkt. No. 64.

9.      I attach hereto as **Exhibit D** a true and correct copy of  Julia Coin, *ICE Agents Lost 'Irreplaceable Video' in Charlotte Assault Case, Records Allege,* Charlotte Observer (Aug. 1, 2026), https://perma.cc/4DCS-KHEX.

10.     I attach hereto as **Exhibit E** a true and correct copy of Mike McIntire, et al., *They Were Charged With Assaulting ICE Agents. The Cases Are Crumbling.* N.Y. Times (July 18, 2026), https://perma.cc/8WT5-PUDT.

I swear under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.


Executed on this 11th day of August, 2026, in Washington, District of Columbia.


/s/ Kenneth L. Wainstein
Kenneth L. Wainstein