**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN O. BRENNAN<br><br>*Plaintiff*,<br><br>v.<br><br>TODD W. BLANCHE, in his official capacity as Attorney General, et al.,<br><br>*Defendants*. | Civil Action Case No. 1:26-cv-02323-JMC |

**PLAINTIFF'S MOTION FOR LEAVE**
**TO FILE SECOND SUPPLEMENTAL DECLARATION**

Pursuant to D.D.C. Local Rule 65.1(c), Plaintiff moves for leave to file a supplemental declaration (attached) to identify recent and material developments in the case. These include Joseph E. diGenova resigning from the Department of Justice and a grand jury in the Fort Pierce division of the Southern District of Florida issuing a subpoena to my client, John O. Brennan. These developments occurred after September 4, 2026, when Mr. Brennan sought leave to file a supplemental declaration, *see* Dkt. No. 28, which the Court granted on September 9, 2026. These recent events bear directly on various issues before this Court.

Counsel for Plaintiff conferred with counsel for Defendants. Defendants take no position but reserve their right to object upon review of the Declaration.

Dated: September 14, 2026

/s/ Kenneth L. Wainstein
Kenneth L. Wainstein, DC Bar # 451058
Natasha Harnwell-Davis, DC Bar # 1719228
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
KWainstein@mayerbrown.com
NHarnwell-Davis@mayerbrown.com

Dan Gelber*
Joan Silverstein*
Gerald Edward Greenberg*
Gelber Schachter & Greenberg, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131-1715
Telephone: (305) 728-0950
Dan@gsgpa.com
Jsilverstein@gsgpa.com
GGreenberg@gsgpa.com

**admitted pro hac vice*