**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN O. BRENNAN,<br><br>Plaintiff,<br><br>v.<br><br>TODD W. BLANCHE, *et al.*,<br><br>Defendants. | Case No. 26-cv-2323 (JMC) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion to dismiss, ECF 21, is **GRANTED**. Plaintiff's motion for a preliminary injunction, ECF 2, is **DENIED AS MOOT**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

JIA M. COBB
United States District Judge

Date: October 15, 2026